UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EMIL YOANSON, KENYA CLARKE,
YOBANNY RAMOS, on behalf of themselves
and all others similarly situated,

      Plaintiffs,



09 Civ. _____

 -against-

              ORDER TO SHOW CAUSE

NEW YORK CITY HOUSING AUTHORITY
and JOHN RHEA, in his capacity as
Chairperson of the New York City Housing Authority,

      Defendants.
-----------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/09
```

Upon the annexed declarations of EMIL YOANSON, sworn to on December 21, 2009, KENYA CLARKE, sworn to on December 21, 2009, YOBANNY RAMOS, sworn to on December 21, 2009, of JUDITH GOLDINER, sworn to on December 21, 2009, and the Memorandum of Law in Support of this Motion dated December 21, 2009 it is **ORDERED**, that the defendant or its attorneys show cause before this Court in Room 23A in the United States Courthouse, 500 Pearl Street, New York, New York, on the 14th day of January, 2009 at 3 p.m. o'clock in the ~~1st~~ noon of that day or as soon thereafter as counsel may be heard, WHY an order should not be made:

(1) enjoining defendant NEW YORK CITY HOUSING AUTHORITY ("NYCHA") to restore the Section 8 vouchers of the plaintiff class and follow its Annual Plan, Section 8 Administrative Plan and Application Manual including but not limited to accepting plaintiffs' proffered documents and allow them to rent apartments in the Section 8 program; answering papers Jan 8, 2010; reply, if any, Jan 12, 2010

Yoanson Decl. Clarke Decl. Ramos Decl. Goldiner Decl. **EXHIBIT E**

(2) for such other and further relief as may be just and proper.

~~[handwritten strikethrough text]~~

Sufficient reason appearing therefore, it is further **ORDERED** that personal service of a copy of this order and the papers upon which it was granted on defendant, on or before __2__ o'clock in the __post__ noon of the __24th__ day of __December__, 2009, shall constitute sufficient service.

Dated: New York, New York
       December __23__, 2009

_____
UNITED STATES DISTRICT JUDGE